UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 13 2006 ★

BROOKLYN OFFICE

------------------------------------

UNITED STATES

-vs-

BIBI ASGAR

------------------------------------

**ORDER APPOINTING**
**MENTAL HEALTH EVALUATOR**

CR-02-1225

TRAGER, J.

It is hereby ORDERED that Dr. Charles Cartwright shall serve as the court appointed physician to evaluate the defendant's mental condition.

SO ORDERED.

s/David G. Trager
DAVID G. TRAGER, U.S.D.J.

DATED: Brooklyn, N.Y.
June 30, 2006